UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **2:23-cv-03569-ODW (MAA)** | Date:  **October 25, 2023** |
| Title  **Frank Gomez v. Warden Jenkins et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Why This Court Should Not Recommend Dismissal

On July 24, 2023, the Court ordered Plaintiff to refile his Complaint no later than **August 23, 2023**, as large portions of the Complaint were missing.  (ECF No. 9.)  The Court cautioned Plaintiff that "**failure to respond to comply with th[e] order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  See C.D. Cal. L.R. 41-1.**"  (*Id.*)

On August 29, 2023, the Court granted Plaintiff's request for an extension of time to refile the Complaint, and extended such deadline to **September 28, 2023**.  (ECF No. 12.)

To date, Plaintiff has not refiled his Complaint.  Plaintiff is **ORDERED TO SHOW CAUSE** by **November 24, 2023** why the Court should not recommend that the case be dismissed for want of prosecution.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff refiles the Complaint or a Notice of Dismissal (form attached to this order) on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

<u>Attachment</u>

Notice of Dismissal